UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA,           )
         Petitioner,              )
                                    )
v.                                  )     M.B.D. No. 05-10065-PBS/RBC
                                    )
GARY MARTELL,                       )
         Respondent.              )
_____)

**MOTION TO WITHDRAW ORDER**
**ENFORCING INTERNAL REVENUE SERVICE SUMMONS**

      The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court to withdraw its Petition to Enforce Internal Revenue Summons which was filed with this Court on January 31, 2005. This Court issued an Order to Show Cause for the respondent to appear before the Court on March 24, 2005 at 2:45 pm. No service has been made.

      The petitioner now seeks to withdraw its petition because the respondent, Gary Martell, has complied with the Internal Revenue Service Summons.

                                    Respectfully submitted:

                                    MICHAEL J. SULLIVAN,
                                    United States Attorney

                          By: /s/ Barbara Healy Smith
                              Barbara Healy Smith
                              Assistant U.S. Attorney
                              John Joseph Moakley U.S. Courthouse
                              1 Courthouse Way - Suite 9200
                              Boston, MA  02210
Dated: February 16, 2005        (617) 748-3282